Michael C. Sibley
#66722-019
Federal Correctional Complex
P.O. Box 5000
Yazoo City, MS 39194

My home address:
1499 E. Bank DR
Marietta, GA 30068

---

***************   ATTENTION   ***************

*** CHANGE OF STREET NAME FOR THE FEDERAL COURTHOUSE IN ATLANTA ***

s a result of a recent change in the name of Spring Street, the new
ddress for the Atlanta courthouse is:

75 Ted Turner Drive, S.W.
Atlanta, GA 30303

lthough preprinted Court stationery may continue to display the Spring
treet address for some time, use the new address to ensure delivery.


ttorney Registration for Electronic Case Filing (ECF)

lectronic Filing became mandatory for all attorneys effective July 15,
005. If you are a bar member in good standing with the Northern District of
eorgia or an attorney admitted pro hac vice, register now for an ECF
ser ID and password.  Please visit http://www.gand.uscourts.gov to
ign up as an ECF user. You may also call 404-215-1600.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303-3361

OFFICIAL BUSINESS

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAR 20 2018
JAMES N. HATTEN, Clerk
By_____ Deputy Clerk

N METRO
GA 301
12 MAR '18
PM 13 L

RETURN TO SENDER
FORWARDING TIME EXPIRED

NIXIE            302    FE 1              0003/17/18
            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
        BC: 30303336199    *2124-04504-12-47

My home address.

1499 E. Bank Dr.

Marietta, GA 30068



MZ
1499 E. Bank Dr
Marietta 30068

ATLANTA METRO GA
06 APR 2018 PM 10 L

CLEARED
APR -9 2018
U.S. Marshals
To Go

US Courthouse - ZZ11
Judge Amy Totenberg
75 Ted Turner Dr
ATLANTA 30303

30303-335773