IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CRIMINAL ACTION |
| : | NO.: 1:15-CR-339-AT |
| : | |
| MICHAEL CONRADE SIBLEY   : | |

### DEFENDANT MICHAEL SIBLEY'S MOTION TO TERMINATE HIS SUPERVISED RELEASE

Comes now Defendant Michael Conrade Sibley, by and through his attorney, Jerome J. Froelich Jr, and moves this Court to terminate his Supervised Release for the following reasons:

On February 10, 2016, the Court sentenced Defendant Sibley to 24 months in the custody of the Attorney General and 1 year supervised release for a violation of 18 USC §1038, false information and hoaxes.  Defendant Sibley completed his custodial sentence and has been on supervised release since that time.  Defendant Sibley, who is 70 years old, has no prior criminal record before his plea of guilty in this case.  He has obeyed all the terms and conditions of his supervised release. Counsel submits that the limited resources of the United States Probation Office could be better used on matter other than the supervision of Defendant Sibley.

## **Conclusion**

For all the above reasons Defendant Sibley's motion should be granted.

                              Respectfully Submitted,

                              *S/Jerome J. Froelich Jr.*
                              Jerome J. Froelich, Jr.
                              State Bar No. 278150

McKENNEY & FROELICH
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia 30309
(404) 881-1111

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party with a copy of the within and foregoing pleading by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon addressed to:

Tracia M. King, Esq.
Office of the United States Attorney - GAND
Northern District of Georgia
75 Spring Street SW
600 United States Courthouse
Atlanta, Georgia 30303

This 9th day of July, 2018.

　　　　　　　　　　　　　　　　　　　　S/Jerome J. Froelich Jr.
　　　　　　　　　　　　　　　　　　　　JEROME J. FROELICH, JR.
　　　　　　　　　　　　　　　　　　　　Georgia State Bar No. 278150

McKenney & Froelich
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia 30309-2920
(404) 881-1111